# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

VACLAV ONDRISEK and VANESSA ONDRISEK,

              Plaintiffs,

vs.

U.S. IMMIGRATION SERVICE,

              Defendant.

2:18-cv-00411-APG-CWH

**ORDER OF APPOINTMENT OF COUNSEL**

      This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2017-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Ryan A. Hamilton, Esq. is hereby appointed as counsel for Plaintiffs VACLAV ONDRISEK and VANESSA ONDRISEK. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

      IT IS HEREBY ORDERED that Ryan A. Hamilton, Esq. is hereby appointed as *pro bono* counsel for Plaintiff VACLAV ONDRISEK and VANESSA ONDRISEK pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

      IT IS FURTHER ORDERED that Ryan A. Hamilton, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

      IT IS FURTHER ORDERED that the Clerk of Court assigns a PROBONO case flag and add Ryan A. Hamilton, Esq. to the docket as counsel of record for Plaintiffs VACLAV ONDRISEK and VANESSA ONDRISEK.

      IT IS FURTHER ORDERED that Ryan A. Hamilton, Esq. will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Ryan A. Hamilton, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

Dated: May 14, 2018.

                                       Andrew P. Gordon
                                       UNITED STATES DISTRICT JUDGE