# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VACLAV ONDRISEK and VANESSA ONDRISEK,<br><br>Plaintiffs<br><br>v.<br><br>US IMMIGRATION SERVICE,<br><br>Defendant | Case No.: 2:18-cv-00411-APG-CWH<br><br>**Order for the Plaintiffs to File an Amended Complaint** |

Magistrate Judge Hoffman screened the plaintiffs' complaint and directed an amended complaint be filed by April 16, 2018. ECF No. 3. Thereafter, I referred this matter to the Pro Bono Program. ECF No. 5. On May 14, 2018, Ryan Hamilton entered an appearance for the plaintiffs as pro bono counsel. ECF No. 6. The amended complaint is past due and more than a month has passed since pro bono counsel has appeared in the case.

IT IS THEREFORE ORDERED that the plaintiffs shall file an amended complaint on or before July 20, 2018. Failure to file an amended complaint by that date will result in this case being dismissed without prejudice.

DATED this 29th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE