DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VACLAV ONDRISEK, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> US IMMIGRATION SERVICE, <br><br> Defendant. | Case No. 2:18-cv-00411-APG-CWH <br><br> **STIPULATION TO EXTEND TIME FOR UNITED STATES' RESPONSE** <br><br> **(First Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, the parties, by and through undersigned counsel, hereby stipulate and agree that the United States shall have until **Friday, December 21, 2018**, to file its responsive pleading in this matter. This stipulation is not sought for purposes of delay or any other improper purpose. The parties' have conferred and agree that the United States needs additional time to review the allegations contained in the complaint. The parties' further agree that resolution of this matter, either in whole or in part, may be possible without additional litigation or response. The short extension requested should be sufficient for the purposes identified herein, but the parties' reserve the opportunity to seek additional time if necessary.

Based on the foregoing and good cause appearing, the parties' hereby stipulate that the United States shall have until **Friday, December 21, 2018**, to file its responsive pleading.

Respectfully submitted this 10th day of December 2018.

| | |
|---|---|
| HAMILTON LAW, LLC | DAYLE ELIESON<br>United States Attorney |
| */s/ Ryan A. Hamilton*<br>RYAN A. HAMILTON, ESQ.<br>5125 S. Durango Drive, Suite C<br>Las Vegas, NV 89113<br>*Attorney for Plaintiffs* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br><br>*Attorneys for United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 11, 2018