DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VACLAV ONDRISEK, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>US IMMIGRATION SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00411-APG-CWH<br><br>**STIPULATION TO EXTEND TIME FOR UNITED STATES' RESPONSE**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, the parties, by and through undersigned counsel, hereby stipulate and agree to extend the deadline for responsive pleading in this matter until **Friday, January 18, 2019**. This is the parties' second request for extension of the responsive pleading deadline. This request is not sought for purposes of delay or any other improper purpose, but because the parties' have conferred regarding the allegations in the complaint and believe they will be able to resolve this matter without additional litigation. The parties' do not anticipate the need to seek any further extensions of the response pleading deadline.

1

Based on the foregoing and good cause appearing, the parties' hereby stipulate to extend the deadline for responsive pleading until **Friday, January 18, 2019**.

Respectfully submitted this 19th day of December 2018.

| | |
|---|---|
| HAMILTON LAW, LLC | DAYLE ELIESON<br>United States Attorney |
| /s/ Ryan A. Hamilton<br>RYAN A. HAMILTON, ESQ.<br>5125 S. Durango Drive, Suite C<br>Las Vegas, NV 89113<br>*Attorney for Plaintiffs* | /s/ Mark E. Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney<br><br>*Attorneys for United States* |

**IT IS SO ORDERED:**

~~**UNITED STATES DISTRICT JUDGE**~~
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 20, 2018