DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VACLAV ONDRISEK, and<br>VANESSA ONDRISEK<br><br>Plaintiffs,<br><br>v.<br><br>US IMMIGRATION SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00411-APG-CWH<br><br>**MOTION FOR STAY IN LIGHT OF LAPSE IN APPROPRIATIONS** |

The United States of America ("United States") hereby moves for a stay of the deadline to file its responsive pleading in the above-captioned case.

1. The parties filed a second stipulation to extend the time for the United States to file its responsive pleading on December 19, 2018. ECF No. 22. The stipulation was granted on December 20, 2018, and, as a result, the deadline for the United States to file its responsive pleading was extended to January 18, 2019. ECF No. 23.

2. At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice ("Department") expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

3. Absent an appropriation or continuing resolution, Department attorney and employees are prohibited from working, even on a voluntary basis, except in very limited

1

circumstances, including "emergencies involving the safety of human life or protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the Department therefore requests that the deadline to file a responsive pleading in this matter be stayed until Congress has restored appropriations to the Department.

5. If this motion for stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution. The parties will, at that point, submit a stipulation lifting the stay and setting a new responsive pleading deadline.

6. The undersigned has discussed this motion with opposing counsel, who has authorized the United States to represent that he has no objection to the motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the responsive pleading deadline in the above-captioned case until Department attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 10th day of January 2019.

DAYLE ELIESON
United States Attorney

 /s/ Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED.

DATED: Jan 11, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Mark E. Woolf, certify that the foregoing **MOTION FOR STAY IN LIGHT OF LAPSE IN APPROPRIATIONS** was served on all parties this date via the Court's Electronic Case Filing system.

Dated this 10th day of January 2019.

                                    */s/ Mark E. Woolf*
                                    MARK E. WOOLF
                                    Assistant United States Attorney