NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
E-mail: mark.woolf@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VACLAV ONDRISEK, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>US IMMIGRATION SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00411-APG-CWH<br><br>**STIPULATION TO LIFT STAY AND EXTEND TIME FOR UNITED STATES' RESPONSE**<br><br>**(Third Request)**<br><br>**ORDER** |

The parties hereby stipulate to lift the stay in this matter and reset the deadline for the United States to file its responsive pleading to **Monday, February 11, 2019**.

On December 19, 2018, the parties stipulated to extend the deadline for the United States to file its responsive pleading to January 18, 2019. ECF No. 22. The stipulation was granted on December 20, 2018, resulting in a responsive pleading deadline of January 18, 2019. ECF No. 23. Thereafter, on December 21, 2018, the continuing resolution that had been funding the Department of Justice ("Department") expired and appropriations to the Department lapsed. As a result of the lapse in appropriations, federal law and Department policy prohibited Department attorneys and employees from working on this matter. Consequently, the Court stayed this matter for the duration of the lapse in appropriations and ordered that the parties, upon appropriation of funds or enactment of a continuing resolution, to submit a stipulation lifting the stay and setting a new responsive pleading

deadline. ECF No. 25. After 35 days, on Friday, January 25, 2019, the United States Congress enacted and the President signed a new continuing resolution funding the Department.

As a result, the parties have conferred and agree that the stay can be lifted. The parties further agree that the deadline for the United States to file its responsive pleading shall be **Monday, February 11, 2019**.

Respectfully submitted this 29th day of January 2019.

| | |
|---|---|
| HAMILTON LAW, LLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Ryan A. Hamilton<br>RYAN A. HAMILTON, ESQ.<br>5125 S. Durango Drive, Suite C<br>Las Vegas, NV 89113<br>*Attorney for Plaintiffs* | /s/ Mark E. Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney<br>*Attorneys for United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: January 30, 2019.