# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VACLAV ONDRISEK and VANESSA ONDRISEK, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant | Case No.: 2:18-cv-00411-APG-DJA <br><br> **Order for Status Report** |

I previously granted the plaintiffs until October 24, 2019 to file a motion for leave to amend their first amended complaint. ECF No. 32. The plaintiffs have not done so.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 5th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE